the city down Joseph avenue, which was crowded inside and outside with no room for the plaintiff's intestate to ride, except where he was riding, and that passengers were riding on the outside of the car and were accepted as passengers in that position; that a car bound outward entered the curve at this particular corner and passed to the north end of the curve when the car inward bound was negligently operated and entered the curve when it should not have done so, and as a result the cars collided and the plaintiff's intestate was killed.

*Paul Folger* for appellant.

*Percival D. Oviatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, *v.* CLARENCE H. KELSEY, as Administrator with the Will Annexed of the Estate of MARY G. PINKNEY, Deceased, Respondent.

(Argued June 8, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1914, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to recover the down money paid by plaintiff as vendee on the execution of a contract to purchase a parcel of land on the Harlem river. Plaintiff also sought to establish and foreclose a lien on the land for the repayment of said amount. The answer pleads a counterclaim for specific performance of the contract. The judgment dismisses the complaint and gives judgment on the counterclaim that the plaintiff specifically perform the contract, and accept a deed in a prescribed form and pay the purchase price. The cause of

action claimed is based on the ground that defendant could not convey a title according to the contract, and was in default.

*Charles T. Adams* and *James L. Quackenbush* for appellant.

*Abram I. Elkus* and *Wesley S. Sawyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

BERNARD WESSELS, Respondent, *v.* GEORGE W. LINCH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.

*Wessels* v. *Linch,* 166 App. Div. 919, affirmed.
(Argued June 9, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The plaintiff sustained his injuries at the intersection of Ninety-second street and Second avenue, city of New York, as he was driving a large four-wheeled dump wagon in a westerly direction across the defendant's north-bound trolley track. The plaintiff s cart was struck in the rear wheel by a north-bound car, and he was jarred off his seat. The defense was contributory negligence.

*Charles H. Tuttle, Harold R. Medina* and *Charles E. Chalmers* for appellant.

*Michael J. Horan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.